John Patrick Ryan (CBN 174090)
Attorney at Law
P.O. Box 7930
Visalia, CA 93290
559-302-9684 (office)
920-273-8008 (fax)

Attorney for Defendant: RAMON INZUNZA MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:18-cr-00010-LJO-SKO |
| ) | |
| Plaintiff, ) | JOINT MOTION TO MODIFY THE |
| ) | CONDITIONS OF PRE-TRIAL RELEASE TO |
| vs. ) | REMOVE LOCATION MONITORING |
| ) | |
| RAMON INZUNZA MENDOZA, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY REQUESTED by the Parties hereto, through their respective counsel, Assistant United States Attorney, Ross Pearson, Counsel for Plaintiff, and John Patrick Ryan, Attorney at Law, Counsel for Defendant, RAMON INZUNZA MENDOZA, that the terms and conditions of Defendant's pre-trial release be modified to remove the location monitoring condition.

This honorable court granted Defendant pre-trial supervised release with certain conditions, including one requiring Defendant to wear an ankle monitor, on or about February 1, 2018. Defendant was actually released to supervised release upon posting of a $70,000 bond on or about March 1, 2018. Since then, Defendant has been continuously employed by the company Gamma Rebar, Inc., a construction company, as a laborer. Defendant has worked on several projects for Gamma Rebar, Inc. in or around the cities of Sacramento, Stockton, Sonoma, Oakland and other worksites in California. Due to the nature of Defendant's work, wearing the ankle monitor has made his work uncomfortable and much more difficult to perform.

Therefore, the Parties hereto respectfully request this honorable Court to modify the terms and conditions of Defendant's pre-trial release, suspending the location monitoring condition. The pre-trial services office agrees with this request.

Respectfully submitted,

Dated: June 4, 2016  /s/ *John Patrick Ryan*
JOHN PATRICK RYAN
Attorney for Defendant
RAMON INZUNZA MENDOZA


McGREGOR W. SCOTT
United States Attorney


Dated: June 4, 2018  /s/ *Ross Pearson*
Assistant United States Attorney
Attorneys for Plaintiff

### O R D E R

**IT IS SO ORDERED** that the terms and conditions of pre-trial release as to Defendant, RAMON INZUNZA MENDOZA, be modified to remove the location monitoring condition.

IT IS SO ORDERED.

Dated: **June 20, 2018**

UNITED STATES MAGISTRATE JUDGE