Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CASB 154402
Mary Ann F. Bird, CASB 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone 209.478.9950
Facsimile 209.478.9954
Attorneys for Defendant RAMON INZUNZA MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON INZUNZA MENDOZA,<br><br>Defendant. | Case No.: 1:18 CR 00010 LJO SKO<br><br>SUBSTITUTION OF COUNSEL; ORDER |

Notice is hereby given, subject to approval by the Court, that Defendant RAMON INZUNZA MENDOZA requests that Mr. John P. Ryan be relieved as attorney of record and, in his place, requests that the Court allow Mary Ann F. Bird, Attorney at Law, to substitute in as the attorney of record as retained counsel.

I consent to the above substitution.

Date: September 14, 2018 _____/s/ Ramon Inzunza Mendoza_____
　　　　　　　　　　　　　　　　　　　　Defendant Ramon Inzunza Mendoza

I consent to the above substitution.

Date: September 14, 2018 \_\_\_\_\_/s/ Mary Ann F. Bird_____

MARY ANN F. BIRD
Attorney at Law

I consent to the above substitution.

Date: September 14, 2018   ____ /s/John P. Ryan_____
John P. Ryan
Attorney at Law

## FINDINGS AND ORDERS

There exists a trial date of January 23, 2019. Without a representation by counsel that substitution of counsel will not disrupt that date, the motion will not be granted. Therefore, based on the state of the request, the motion is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated:   **September 28, 2018**    ___/s/ Lawrence J. O'Neill _
UNITED STATES CHIEF DISTRICT JUDGE