Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone     209.478.9950
Facsimile     209.478.9954
Attorneys for Defendant RAMON INZUNZA MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON INZUNZA MENDOZA<br><br>Defendants. | Case No.: 1:18 CR 00010 LJO SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and Defendant Ramon Inzunza Mendoza, by and through his counsels of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on November 19, 2018 at 1:00 p.m. and time was ordered excluded in the interest of justice.

2. By this stipulation, the parties hereby move to advance and vacate the status conference now set for November 19, 2018 and instead re-calendar the matter for a change of plea on December 10, 2018. The parties have just reached a resolution.

3. Thus, counsel for the defendant needs additional time to properly prepare. Counsel for the defendant believes that failure to grant the above requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the Government does not object to the continuance.

4. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original dates prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq, within which trial must commence, the time period of November 19, 2018 to December 10, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

*///*

*///*

*///*

IT IS SO STIPULATED.                    Respectfully submitted,

Dated: November 15, 2018                McGREGOR W. SCOTT
                                        United States Attorney

                                        ___/s/ Ross Pearson_____
                                        ROSS PEARSON
                                        Assistant United States Attorney


Dated: November 15, 2018                ___/s/ Mary Ann F. Bird_____
                                        MARY ANN F. BIRD
                                        Attorney for Ramon Inzunza Mendoza


**ORDERS**


Dated: **November 16, 2018**            /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

BIRD & VAN DYKE, INC.
STIPULATION AND CONTINUANCE
PAGE: 3