Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone    209.478.9950
Facsimile    209.478.9954
Attorneys for Defendant RAMON INZUNZA MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON INZUNZA MENDOZA,<br><br>Defendant. | Case No.: 1:18 CR 00010 LJO SKO<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING HEARING |

## STIPULATION

Plaintiff, United States of America, by and through its counsel of record, and the Defendant, by and through his counsels of record, hereby stipulate as follows:

1. On December 10, 2018, Defendant pled guilty to Count 1 of the Indictment and the matter was referred to the Probation Office for preparation of a pretrial investigation report. The matter is presently set for judgment and sentencing on March 4, 2019.

2. Defense notified the Government of her conflicting trial schedule and of the need for additional time to gather, analyze and present information relevant to the Court's consideration of the 18 U.S.C 3553(a) factors before the imposition of sentence. Having

considered defense counsel's request, the Government has no opposition to the requested date. Similarly, Supervising Probation Officer Anthony Andrews of US Probation also has no opposition to this request.

3. Therefore, by this stipulation, defense respectfully requests that this Court continue the judgment and sentencing hearing until April 1, 2019 at 8:30 AM.

4. Defense also kindly requests that all dates pertinent to the preparation of the Presentence Investigation Report be adjusted accordingly to reflect the new sentencing date of April 1, 2019.

5. Because the Defendant has pled guilty, the provisions of the Speedy Trial Act do not apply to this request.

IT IS SO STIPULATED.                    Respectfully submitted,

Dated: December 13, 2018                McGREGOR W. SCOTT
                                        United States Attorney

                                        ___/s/ Ross Pearson_____
                                        ROSS PEARSON
                                        Assistant United States Attorney

Dated: December 13, 2018                ___/s/ Mary Ann F. Bird_____
                                        MARY ANN F. BIRD
                                        Attorney for RAMON INZUNZA MENDOZA

BIRD & VAN DYKE, INC.
STIPULATION AND PROPOSED ORDER RE: RESETTING OF JUDGMENT AND SENTENCING
PAGE: 2

## [PROPOSED] FINDINGS AND ORDERS

The Court hereby continues the judgment and sentencing hearing to April 1, 2019 at 8:30 AM. All dates previously set for the preparation of the Presentence Investigation Report and for the filing of documents with the Court are reset consistent with judgment and hearing date of April 1, 2019.

IT IS SO ORDERED.

Dated: **December 13, 2018**   /s/ **Lawrence J. O'Neill**

UNITED STATES CHIEF DISTRICT JUDGE