Bird & Van Dyke, Inc.
A Professional Law Corporation
David S. Van Dyke, CABN 154402
Mary Ann F. Bird, CABN 206770
2111 W. March Lane
Suite B300
Stockton, CA 95207
Telephone    209.478.9950
Facsimile    209.478.9954
Attorneys for Defendant RAMON INZUNZA MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RAMON INZUNZA MENDOZA<br><br>　　　　Defendants. | Case No.: 1:18 CR 00010 LJO SKO<br><br>MOTION TO RELEASE PROPERTY BOND |

## **MOTION TO RELEASE PROPERTY BOND**

On March 1, 2018, Saul Armenta Mendoza and Rosaura Zamora de Armenta on behalf of Defendant Ramon Inzunza Mendoza, posted a $70,000 property bond with the District Court. The bond is secured by Deed of Trust # 2018-019092 recorded in San Joaquin County, California, in the name of the United States Attorney. Such deposit was a condition of the Defendant's release on supervised pretrial monitoring during the pendency of the case.

On December 10, 2018, upon motion of the Government after the entry of Defendant's plea of guilty, Defendant was remanded into custody pending sentencing. The pronouncement of judgment and sentencing is scheduled for March 4, 2019.

During the period of Defendant's release, the Defendant complied with all of conditions of his bond. Therefore, Defendant now moves this Court to direct the United States Attorney to reconvey San Joaquin County Deed of Trust # 2018-019092 to Saul Armenta Mendoza and Rosaura Zamora de Armenta.

Respectfully submitted,

Dated: December 13, 2018 \_\_\_/s/ Mary Ann F. Bird_____
MARY ANN F. BIRD
Attorney for Ramon Inzunza Mendoza

## **CERTIFICATE OF SERVICE**

I, Mary Ann F. Bird, certify that on the 13th day of December, 2018, a copy of the foregoing was emailed to AUSA Ross Pearson, United States Attorney's Office at address: Ross.Pearson@usdoj.gov and a hard copy was sent to Mr. Pearson via the United States Postal Service to address: United States Attorney's Office, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Suite 4401, Fresno, California, 93721.

Dated: December 13, 2018 \_\_\_/s/ Mary Ann F. Bird_____
MARY ANN F. BIRD
Attorney for Ramon Inzunza Mendoza

///

///

///

///

//

1

**FINDINGS AND ORDERS**

After a hearing upon the merits and for good cause appearing, it is hereby ordered that the United States Attorney shall reconvey to Saul Armenta Mendoza and Rosaura Zamora de Armenta the sum of $70,000, secured by Deed of Trust #2018-019092 recorded in San Joaquin County, California, and deposited with the Clerk for bond in this matter.

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: __**December 13, 2018**__  __**/s/ Lawrence J. O'Neill**__
                                                     UNITED STATES CHIEF DISTRICT JUDGE